# SEALED

FILED
Jul 09, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MANUEL DIAZ;<br>RAFAEL ALCALA JR.<br><br>　　　　　　　　Defendants. | CASE NO. 1:24-mj-00080-BAM<br><br>**UNDER SEAL**<br><br>ORDER SEALING COMPLAINT |

　　The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to ensure the safety of the defendant and the government's ongoing investigation,

　　IT IS ORDERED that the complaint and arrested warrant filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.  Upon the defendants' initial appearance being scheduled, the government is ordered to provide copies of the sealed complaint to defendants' counsel.

Dated:　7/9/24

　　　　　　　　　　　　　　　　　　　　_B. McAuliffe_
　　　　　　　　　　　　　　　　　　　　HONORABLE BARBARA A. MCAULLIFE
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Order Sealing Complaint and Arrest Warrants

1