**FILED**

**Jul 23, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>  v.<br><br>MANUEL DIAZ;<br>RAFAEL ALCALA JR,<br><br>              Defendants. | CASE NO. 1:24-MJ-00080-BAM<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrants for the above-captioned defendants, be UNSEALED.

DATED: July 23, 2024

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE