```
ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MANUEL DIAZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

1.　By previous order, this matter was set for trial on February 3, 2026.

2.　By this stipulation, defendant now moves to vacate the trial date as to him only and set a change of plea hearing on January 20, 2026.

3.　Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2025

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: November 12, 2025

/s/ JEREMY DOBBINS
JEREMY DOBBINS
Counsel for Defendant
MANUEL DIAZ

**ORDER**

IT IS SO ORDERED.

Dated: **November 13, 2025**

UNITED STATES DISTRICT JUDGE

2