ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |
| v. | |
| MANUEL DIAZ, | |
| Defendant. | |

**STIPULATION**

1.      By previous order, this matter was set for sentencing on April 13, 2026.

2.      By this stipulation, the parties agree and stipulate to continue sentencing to September 14, 2026.   Counsel for defendant requires additional time to prepare for sentencing, including conducting additional investigation and gathering matters in mitigation and extenuation.

3.      No exclusion of time is necessary as this matter is set for sentencing.

IT IS SO STIPULATED.

1

Dated:  March 24, 2026

ERIC GRANT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  March 24, 2026

/s/ JEREMY M. DOBBINS
JEREMY M. DOBBINS
Counsel for Defendant
MANUEL DIAZ


**ORDER**

IT IS SO ORDERED.

Dated:    **March 24, 2026**

UNITED STATES DISTRICT JUDGE

2