ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL DIAZ,<br>Defendant. | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for sentencing on September 14, 2026.

2. By this stipulation, the parties agree and stipulate to continue sentencing to November 16, 2026. Counsel for defendant requires additional time to prepare for sentencing, including conducting additional investigation and gathering matters in mitigation and extenuation.

3. No exclusion of time is necessary as this matter is set for sentencing.

IT IS SO STIPULATED.

Dated: September 1, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: September 1, 2026

/s/ JEREMY M. DOBBINS
JEREMY M. DOBBINS
Counsel for Defendant
MANUEL DIAZ

**ORDER**

IT IS SO ORDERED.

Dated: September 1, 2026

UNITED STATES DISTRICT JUDGE