ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL DIAZ,<br>Defendant. | CASE NO. 1:24-CR-00055-JLT-SKO<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for sentencing on November 16, 2026.

2. By this stipulation, the parties agree and stipulate to continue sentencing to January 19, 2027. Counsel for defendant is sick and requires additional time to potentially file formal objections, and otherwise prepare for sentencing.

3. No exclusion of time is necessary as this matter is set for sentencing.

IT IS SO STIPULATED.

Dated: November 9, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: November 9, 2026

/s/ JEREMY M. DOBBINS
JEREMY M. DOBBINS
Counsel for Defendant
MANUEL DIAZ

**ORDER**

This matter was originally set for sentencing on April 13, 2026 (Doc. 836). The Court granted the stipulation continuance based upon the lack of preparedness of defense counsel and continued the sentencing hearing to September 14, 2026 (Doc. 889). The Court again granted the stipulation of counsel to continue the sentencing hearing to November 16, 2026 because defense counsel was not prepared (Doc. 936). Now counsel have presented yet another stipulation to continue the sentencing hearing because counsel is sick and may wish to file formal objections (Doc. 952). The Court GRANTS IN PART the stipulation to continue the sentencing hearing (Doc. 952). Thus, the sentencing hearing is CONTINUED to **December 7, 2026**. The Court **WILL NOT** consider another stipulation to continue the sentencing hearing.

IT IS SO ORDERED.

Dated: November 9, 2026

UNITED STATES DISTRICT JUDGE